STATE of Missouri, Respondent,

v.

Craig J. MORRISON, Appellant.

No. ED 76754.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 11, 2000.

Robert S. Adler, St. Louis, for appellant.

Robert P. McCulloch, Pros. Atty., Teresa L. Price, Asst. Pros. Atty., Clayton, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., MARY K. HOFF, J., and JAMES A. PUDLOWSKI, Sr. J.

ORDER

PER CURIAM.

Defendant, Craig J. Morrison, appeals from his judgment of conviction, in a court-tried case, of Driving While Intoxicated, a Class B misdemeanor. He was sentenced to six months in the St. Louis County Jail.

We have reviewed the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed pursuant to Rule 30.25(b).